

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

March 20, 2023

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Rm 618
New York, NY 10007



Re:   <u>FNTV, LLC v. Time USA, LLC,</u> 1:22-cv-09367-KPF

Dear Judge Failla:

    We represent plaintiff FNTV, LLC ("Plaintiff") in the above-captioned case and write pursuant to Section 2.E. of Your Honor's Individual Practices to respectfully request a 7-day extension of time to file a Notice of Dismissal (or otherwise move to re-open the case).

(1) the current deadline for the Plaintiff to file a Notice of Dismissal is March 23, 2023 [Dkt. No. 15];

(2) there was no previous requests for an extension of the deadline to re-open;

(3) no previous requests were granted or denied;

(4) the parties respectfully request an additional 7-day extension in order to consummate their settlement.

(5) Counsel for Defendant Time USA, LLC consents to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Application GRANTED.

Dated:   March 20, 2023
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE